IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ARNOLD, | 1:06-CV-00645-OWW-LJO-HC |
| Petitioner, | |
| vs. | |
| ANTHONY KANE, Warden, | |
| Respondent. | ORDER OF TRANSFER |

Petitioner, a state prisoner proceeding with counsel, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee.

The petitioner is challenging a conviction from Shasta County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this

1 | action will be transferred to the Sacramento Division.

2 | Good cause appearing, IT IS HEREBY ORDERED that:

3 | 1. This action is transferred to the United States District Court for the Eastern District of
4 | California sitting in Sacramento; and

5 | 2. All future filings shall reference the new Sacramento case number assigned and shall
6 | be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

10 | IT IS SO ORDERED.

11 | **Dated:   July 10, 2006**              /s/ Lawrence J. O'Neill
     23ehd0                                UNITED STATES MAGISTRATE JUDGE