IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ARNOLD, | No. CIV S-06-1539 MCE KJM P |
| Petitioner, | |
| vs. | ORDER |
| BEN CURRY, Warden, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On August 23, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed August 23, 2007, are adopted in full;

2. Respondent's September 28, 2006 "motion to dismiss" is granted;

3. Claim 1 and the part of claim 5 in which petitioner asserts he was improperly sentenced to the upper term for count three (grand theft) are dismissed;

4. Petitioner's October 11, 2006 request for a stay is denied; and

5. Respondent file an answer to the remaining claims in the petitioner's application for writ of habeas corpus within sixty days of the date of this order.

Dated: September 25, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE