IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL G. ARNOLD,** | CIV S-06-1539 MCE KJM P |
| Petitioner, | **ORDER** |
| **v.** | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's

Petition for Writ of Habeas Corpus be filed on or before December 24, 2007.

Dated:  November 30, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order

1