UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ARNOLD, | |
| Petitioner, | No. CV S-06-1539 AWT |
| v. | ORDER RE STATUS CONFERENCE |
| ANTHONY KANE, Warden | |
| Respondent. | |

**NOTICE IS HEREBY GIVEN** that the court sets a status conference on January 25, 2010, at 1:30 p.m., at the United States Courthouse, **Fresno**, California, to determine further proceedings in this case, *i.e.*, whether, under Rule 8(a) of the Rules Governing § 2254 Cases in the U.S. District Courts, an evidentiary hearing is required as to any of the remaining claims, or whether any (or all) of those claims are amenable to submission for decision on the record

presently before the court.

In preparation for the status conference, the parties shall:

1. Petitioner shall file, by December 4, 2009, a memorandum setting forth which of his remaining claims he believes are amenable to determination by the court on the present record, and which of his remaining claims he believes require an evidentiary hearing. As to each claim in the latter category, petitioner shall set forth each discrete issue as to which he believes an evidentiary hearing is required.

2. Respondent shall file, by December 18, 2009, a memorandum setting forth his contention(s) with respect to each claim and each issue discussed in petitioner's memorandum.

3. Each party may, but is not required to, file a memorandum of law (legal argument) as a part of or to accompany his memorandum filed under paragraphs 1 and 2, above, respectively.

Dated: November 13, 2009.

                                          */s/ A. Wallace Tashima*
                                          United States Circuit Judge
                                          Sitting by designation.