UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ARNOLD, | |
| Petitioner, | No. 2:06 CV 1539 AWT |
| v. | PARTIAL CERTIFICATE OF APPEALABILITY |
| BEN CURRY, Warden, | |
| Respondent. | |

The court issues a Certificate of Appealability ("COA") pursuant to 28 U.S.C. § 2253, with respect to the following two issues:

Issue #1:   Whether the District Court erred in affirming the state trial court's denial of a change of venue.

Issue #2:   Whether the District Court erred in denying Arnold's claim of ineffective assistance of counsel regarding defense counsel's lawyering on the

same (change of venue) issue.

Because, however, the court concludes that petitioner has not made a "substantial showing of the denial of a constitutional right," *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003) (quoting 28 U.S.C. § 2253(c)(2)), with respect to his Issue #3, the court denies issuance of a COA on that issue, *i.e.*, "[w]hether the District Court erred in permitting the admission of Arnond's federal conviction for check kiting."

**IT IS SO ORDERED.**

Dated: September 7, 2010.

        */s/ A. Wallace Tashima*
United States Circuit Judge
Sitting by designation.